# Court of Appeals
## Tenth Appellate District of Texas

---

### 10-26-00155-CR

---

In re Kenneth Dewanye Baze

---

### Original Proceeding

---

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Kenneth Dewanye Baze's document entitled, "Petition—Writ of Mandamus/11.08 Pre-trial Habeas Corpus," and filed on April 24, 2026, is dismissed for want of jurisdiction. *See* TEX. GOV'T CODE § 22.221(b); *see also* TEX. CODE CRIM. PROC. art. 11.05.

 

 

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  May 14, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Dismissed
Do Not Publish
OT06

